CITY OF YONKERS, Appellant, *v.* YONKERS RAILROAD COMPANY, Respondent.

Argued March 14, 1940; decided April 16, 1940.

*Leonard G. McAneny*, Corporation Counsel (*William A. Walsh* of counsel), for appellant.

*Alfred T. Davison* and *Addison B. Scoville* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.